1  NATALIE A. PIERCE, Bar No. 191342
   Email: npierce@littler.com
2  LISA LIN GARCIA, Bar No. 260582
   Email: llin@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
5  Telephone:  415.433.1940
   Fax No.:     415.399.8490
6
   SAM SANI, Bar No. 273993
7  Email: ssani@littler.com
   LITTLER MENDELSON
8  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
9  Telephone:  310.553.0308
   Facsimile:   310.553.5583
10
   Attorneys for Defendant
11 KEMA SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN GRIGORIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEMA SERVICES, INC., a Massachusetts corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  2:13-cv-08649-SVW-AS<br><br>**ORDER REGARDING AMOUNT IN CONTROVERSY AND REMAND**<br><br><br>Complaint Filed: Oct. 22, 2013 |

JS-6

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE AMOUNT IN
CONTROVERSY AND REMAND

CASE NO. 2:13-CV-08649-SVW-AS

Based on the Stipulation of the Parties, the amount in controversy, inclusive of any and all attorneys' fees through the conclusion of a trial in this action, is less than $75,000.00. Accordingly, this matter shall be remanded to the Superior Court of California, County of Los Angeles, Central District.

IT IS SO ORDERED.

Dated: December 23, 2013

_____
JUDGE STEPHEN V. WILSON

Firmwide:124693091.1 064072.1019

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE AMOUNT IN CONTROVERSY AND REMAND        1.        CASE NO. 2:13-CV-08649-SVW-AS